# EXHIBIT A

# EXHIBIT A

## NICK NAPOLI

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | 258-724 |
| Priority Records LLC | NWA | Straight Outta Compton | Straight Outta Compton | 150-531 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |
| BMG Music | Dave Matthews Band | Everyday | Everyday | 300-313 |
| Atlantic Recording Corporation | Bad Religion | American Jesus | Recipe for Hate | 172-147 |
| Arista Records LLC | Santana | Love of My Life | Supernatural | 289-833 |