# EXHIBIT B

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Civcr276@KaZaA | Brandon Dicamillo - CKY4 - 02 - Skeletor vs. Beastman.mp3 | CKY | 4,082kB | Audio | Ske... |
| Civcr276@KaZaA | ICP - Hocus Pokus.mp3 | Insane Clown Posse | 2,044kB | Audio | |
| Civcr276@KaZaA | desktop.ini | Unknown | 0kB | | |
| Civcr276@KaZaA | ATB - Don't Stop (Remix).MP3 | ATB | 5,463kB | Audio | |
| Civcr276@KaZaA | Pearl Jam - Black (Acoustic).mp3 | Pearl Jam | 7,034kB | Audio | |
| Civcr276@KaZaA | AlbumArtSmall.jpg | Unknown | 2kB | Image | |
| Civcr276@KaZaA | Folder.jpg | Unknown | 11kB | Image | |
| Civcr276@KaZaA | Foo Fighters - All My Life.mp3 | Foo Fighters | 3,927kB | Audio | |
| Civcr276@KaZaA | AlbumArt_{E819938E-EEA7-4097-8957-84C1F7EAFFF1}_... | Unknown | 1kB | Image | AlbumArt_{E819938E-EEA7-4097-... |
| Civcr276@KaZaA | AlbumArt_{E819938E-EEA7-4097-8957-84C1F7EAFFF1}_1... | Unknown | 6kB | Image | AlbumArt_{E819938E-EEA7-4097-... |
| Civcr276@KaZaA | Godsmack - Straight Out of Line.mp3 | Godsmack | 3,622kB | Audio | Godsmack "g... |
| Civcr276@KaZaA | Bryan Adams - Summer of '69.mp3 | Bryan Adams | 8,458kB | Audio | |
| Civcr276@KaZaA | ATB - Escape 2000 (New Club Mix).mp3 | ATB | 7,782kB | Audio | Kaycee - Escape 2... |
| Civcr276@KaZaA | Pearl Jam - Black.mp3 | Pearl Jam | 5,378kB | Audio | |
| Civcr276@KaZaA | Pearl Jam - Even Flow.mp3 | Pearl Jam | 4,589kB | Audio | |
| Civcr276@KaZaA | BTO - You Ain't Seen Nothing Yet.mp3 | BTO | 3,624kB | Audio | You Ain... |
| Civcr276@KaZaA | Saliva - Rest In Pieces.mp3 | Saliva | 3,545kB | Audio | |
| Civcr276@KaZaA | Stained - Outside feat. Fred Durst.mp3 | Stained With Fred Durst | 5,340kB | Audio | |
| Civcr276@KaZaA | Pearl Jam - Better Man.mp3 | Pearl Jam | 4,194kB | Audio | |
| Civcr276@KaZaA | SocialBurn - Down.mp3 | Social Burn | 4,590kB | Audio | |
| Civcr276@KaZaA | Trapt - Headstrong.mp3 | Trapt | 4,166kB | Audio | |
| Civcr276@KaZaA | Disturbed - Remember.mp3 | Disturbed | 3,712kB | Audio | |
| Civcr276@KaZaA | Sugar Ray - Someday.mp3 | Sugar Ray | 3,796kB | Audio | |
| Civcr276@KaZaA | Foo Fighters - Times Like These.mp3 | T.I. | 4,012kB | Audio | |
| Civcr276@KaZaA | Incubus - Warning.mp3 | Incubus | 3,292kB | Audio | |
| Civcr276@KaZaA | Saliva - Always.mp3 | Saliva | 3,598kB | Audio | |
| Civcr276@KaZaA | Buffalo Springfield - For What It's Worth.mp3 | Buffalo Springfield | 6,274kB | Audio | |
| Civcr276@KaZaA | Three Doors Down - When I'm Gone.mp3 | Three Doors Down | 5,884kB | Audio | |

2 Users

[Tap Root] | Taproot - Poem.mp3 | | 3,085kB | Audio |

2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

Found 668 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | Taproot - Poem.mp3 | [ Tap Root ] | 3,033KB | Audio |
| Civcr276@KaZaA | Soundgarden - Spoonman.mp3 | Soundgarden | 3,863KB | Audio |
| Civcr276@KaZaA | Stone Temple Pilots - Interstate Love Song.mp3 | Stone Temple Pilots | 3,039KB | Audio |
| Civcr276@KaZaA | Stone Temple Pilots - Vasoline (1).mp3 | Stone Temple Pilots | 2,765KB | Audio |
| Civcr276@KaZaA | Smashing Pumkins - 1979.mp3 | Smashing Pumpkins | 4,155KB | Audio |
| Civcr276@KaZaA | Smashing Pumpkins - Bullet With Butterfly Wings.mp3 | Smashing Pumpkins | 4,031KB | Audio |
| Civcr276@KaZaA | Smashing Pumpkins - Disarm.mp3 | Smashing Pumpkins | 3,062KB | Audio |
| Civcr276@KaZaA | Smashing Pumpkins - Today.mp3 | Smashing Pumpkins | 3,124KB | Audio |
| Civcr276@KaZaA | Smashing Pumpkins - Tonight, Tonight.mp3 | Smashing Pumpkins | 3,984KB | Audio |
| Civcr276@KaZaA | Soundgarden - Black Hole Sun.mp3 | Soundgarden | 4,968KB | Audio |
| Civcr276@KaZaA | Soundgarden - Fell On Black Days.mp3 | Soundgarden | 4,413KB | Audio |
| Civcr276@KaZaA | Dave Matthews Band - What Would You Say.mp3 | Dave Matthews Band | 3,447KB | Audio |
| Civcr276@KaZaA | dave matthews band - Where Are You Going.mp3 | Dave Matthews Band | 2,745KB | Audio |
| Civcr276@KaZaA | Dave Mathews Band - Angel.mp3 | Dave Matthews Band | 3,702KB | Audio |
| Civcr276@KaZaA | Dave Matthews Band - Starway to Heaven (live).mp2 | Dave Matthews Band | 3,223KB | Audio |
| Civcr276@KaZaA | Dave Matthews Band _Santana - Love of My Life.mp3 | Dave Matthews Band, fea... | 6,183KB | Audio |
| Civcr276@KaZaA | Dave Matthews Band - Space Between - MTV Awards.mp3 | Dave Matthews Band | 4,365KB | Audio |
| Civcr276@KaZaA | Green Day- One of my lies.mp3 | Green Day | 2,180KB | Audio |
| Civcr276@KaZaA | Green Day- Private ale.mp3 | Green Day | 2,283KB | Audio |
| Civcr276@KaZaA | Green Day- Strangeland.mp3 | Green Day | 2,010KB | Audio |
| Civcr276@KaZaA | Green Day - Christie Road.mp3 | Green Day | 3,286KB | Audio |
| Civcr276@KaZaA | green day - dominated love slave.mp3 | Green Day | 1,195KB | Audio |
| Civcr276@KaZaA | Metallica - Battery.mp3 | Metallica | 4,829KB | Audio |
| Civcr276@KaZaA | Metallica - One.mp3 | Metallica | 6,952KB | Audio |
| Civcr276@KaZaA | Linking Park - End.mp3 | linkin park | 2,539KB | Audio |
| Civcr276@KaZaA | Metallica - ...And Justice For All.mp3 | Metallica | 9,110KB | Audio |
| Civcr276@KaZaA | Evanescence - Bring Me to Life.mp3 | Evanescence | 2,323KB | Audio |
| Civcr276@KaZaA | Disturbed - Down with the Sickness (1) (1).mp3 | Disturbed | 5,442KB | Audio |
| Civcr276@KaZaA | AlbumArt_{C031D0A2-3D2E-49CA-8F2F-EC500B0612DC}... | Unknown | 2KB | Image |

Found 668 files | 2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civcr276@KaZaA | AlbumArt_{3D31DBA2-3D2E-49CA-8F2F-ED503B8E120C}_... | Unknown | 2KB | Image |
| Civcr276@KaZaA | AlbumArt_{3D31DBA2-3D2E-49CA-8F2F-ED503B8E120C}_... | Unknown | 8KB | Image |
| Civcr276@KaZaA | Po Pimp - Do You Wanna Ride.mp3 | Po Pimp | 3,766KB | Audio |
| Civcr276@KaZaA | Primus - DMV.mp3 | Primus | 4,662KB | Audio |
| Civcr276@KaZaA | Primus - My Name Is Mudd.mp3 | Primus | 3,929KB | Audio |
| Civcr276@KaZaA | Primus - Tommy The Cat.mp3 | Primus | 3,985KB | Audio |
| Civcr276@KaZaA | Puddle Of Mudd - Blurry.mp3 | Puddle of Mudd | 4,749KB | Audio |
| Civcr276@KaZaA | Puddle Of Mudd - Drift And Die.mp3 | Puddle of Mudd | 4,141KB | Audio |
| Civcr276@KaZaA | Puddle Of Mudd - She Hates Me.mp3 | Puddle of Mudd | 3,394KB | Audio |
| Civcr276@KaZaA | Queen - Bohemian Rhapsody.mp3 | Queen | 5,518KB | Audio |
| Civcr276@KaZaA | Queen - We Are The Champions.mp3 | Queen - | 2,828KB | Audio |
| Civcr276@KaZaA | Queen - We Will Rock You.mp3 | Queen - | 4,736KB | Audio |
| Civcr276@KaZaA | R.E.M. - It's The End Of The World As We Know It.mp3 | REM | 3,816KB | Audio |
| Civcr276@KaZaA | R.E.M. - Losing My Religion.mp3 | REM | 4,202KB | Audio |
| Civcr276@KaZaA | Ramones - Hey Ho, Lets Go.mp3 | Ramones | 2,032KB | Audio |
| Civcr276@KaZaA | Ramones - I Wanna Be Sedated.mp3 | Ramones | 2,339KB | Audio |
| Civcr276@KaZaA | Red Hot Chili Peppers - Aeroplane.mp3 | Red Hot Chili Peppers | 4,453KB | Audio |
| Civcr276@KaZaA | Red Hot Chili Peppers - All Around The World.mp3 | Red Hot Chili Peppers | 3,730KB | Audio |
| 2 Users | Red Hot Chili Peppers - Around The World.mp3 | Red Hot Chili Peppers | 3,731KB | Audio |
| Civcr276@KaZaA | Red Hot Chili Peppers - Californiacation.mp3 | Red Hot Chili Peppers | 5,001KB | Audio |
| Civcr276@KaZaA | Red Hot Chili Peppers - Otherside.mp3 | RED HOT CHILI PEPPERS | 4,007KB | Audio |
| Civcr276@KaZaA | Red Hot Chili Peppers - Scar Tissue.mp3 | Red Hot Chili Peppers | 3,396KB | Audio |
| Civcr276@KaZaA | Aretha Franklin - I Will Survive.mp3 | Aretha Franklin | 4,229KB | Audio |
| Civcr276@KaZaA | Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,836KB | Audio |
| Civcr276@KaZaA | Avril Lavigne - Skater Boy.mp3 | Avril Lavigne | 4,600KB | Audio |
| Civcr276@KaZaA | Bangles - Eternal Flame.mp3 | The Bangles | 3,712KB | Audio |
| Civcr276@KaZaA | Beastie Boys - Brass Monkey.mp3 | Beastie Boys | 2,501KB | Audio |
| Civcr276@KaZaA | Beastie Boys - Fight For Your Right.mp3 | Beastie Boys | 3,244KB | Audio |
| Civcr276@KaZaA | Beastie Boys - No Sleep Til Brooklyn.mp3 | Beastie Boys | 3,653KB | Audio |

Found 668 files | 2,655,876 users online, sharing 1,333,129,605 files (36,667,392 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Downloaded | Theater | Search | Shop | Traffic | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civicr276@KaZaA | Beastie Boys - No Sleep Til Brooklyn.mp3 | Beastie Boys | 3,859KB | Audio |
| Civicr276@KaZaA | Godsmack - Go Away.mp3 | Godsmack | 3,249KB | Audio |
| Civicr276@KaZaA | Beatles - Here Comes The Sun.mp3 | The Beatles | 2,873KB | Audio |
| Civicr276@KaZaA | Beatles - With A Little Help From My Friends.mp3 | Beatles | 2,590KB | Audio |
| Civicr276@KaZaA | Bird Brain - Youth Of America.mp3 | Birdbrain | 2,894KB | Audio |
| Civicr276@KaZaA | Blue Oyster Cult - Don't Fear The Reaper.mp3 | Blue Oyster Cult | 4,812KB | Audio |
| Civicr276@KaZaA | Blue Oyster Cult - Don't Fear The Reaper (Techno Remix).... | Apollo 440 | 5,184KB | Audio |
| Civicr276@KaZaA | Blue Oyster Cult - I'm Burning For You.MP3 | Blue Oyster Cult | 4,247KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Body Rot.mp3 | Bone Thugs-N-Harmony | 4,768KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Dayz of Our Lives.mp3 | Bone | 5,476KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Down 71 (The Getaway).mp3 | Bone Thugs-n-harmony | 4,532KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - First of the Month.mp3 | Bone | 4,915KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - For Tha Love Of Money.mp3 | Bone Thugs N Easy E | 4,265KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Land Of The Heartless.mp3 | Bone Thugs-N-Harmony | 2,904KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Look Into My Eyez.mp3 | Bone Thugs-N-Harmony | 4,105KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Mo' Murda.mp3 | Bone Thugs-N- Harmony | 5,388KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - No Surrender.mp3 | Bone Thugs-N-Harmony | 3,397KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Notorious Thugs Feat. B.I.G.mp3 | ATB | 8,599KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Paper, Paper.mp3 | Bone Thugs-N-Harmony | 7,363KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Ready for War.mp3 | Bone Thugs-n-harmony | 4,319KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - The Crossroads.mp3 | Bone Thugs-N-Harmony | 4,118KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Thug Luv feat. 2 Pac.MP3 | Bone | 9,616KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Thuggish Ruggish Bone.mp3 | Bone | 4,403KB | Audio |
| Civicr276@KaZaA | Bone Thugs-n-harmony - Why Do I Stay High.mp3 | Bone | 2,840KB | Audio |
| Civicr276@KaZaA | Bryan Adams - Everything I Do.mp3 | Bryan Adams | 6,150KB | Audio |
| Civicr276@KaZaA | Cherry Poppin' Daddies - Drunk Daddy.mp3 | Cherry Poppin' Daddies | 4,851KB | Audio |
| Civicr276@KaZaA | CKY2K - Freestyle Chinese Rap.mp3 | CKy | 2,337KB | Audio |
| Civicr276@KaZaA | Coolio - 1,2,3,4.mp3 | Coolio | 4,176KB | Audio |
| Civicr276@KaZaA | Coolio - Fantastic Voyage.mp3 | T.I. | 5,222KB | Audio |

Found 668 files | 2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civar276@KaZaA | Coolio - Fantastic Voyage.mp3 | T.I. | 5,223KB | Audio |
| Civar276@KaZaA | Coolio - Gangsta's Paradise.mp3 | Coolio | 3,773KB | Audio |
| Civar276@KaZaA | Cranberries - Go Your Own Way.mp3 | Cranberries (Fleetwood ... | 3,785KB | Audio |
| Civar276@KaZaA | Cream - White Room.mp3 | Cream | 4,686KB | Audio |
| Civar276@KaZaA | Credence Clearwater Revival - Down On The Corner.mp3 | Credence Clearwater Rev... | 2,567KB | Audio |
| Civar276@KaZaA | Credence Clearwater Revival - Fortunate Son.mp3 | Credence Clearwater Rev... | 2,202KB | Audio |
| Civar276@KaZaA | Creed - Higher.mp3 | Creed | 4,977KB | Audio |
| Civar276@KaZaA | Creed - Is This The End.mp3 | Creed | 5,861KB | Audio |
| Civar276@KaZaA | Creed - My Sacrifice.mp3 | Creed | 4,681KB | Audio |
| Civar276@KaZaA | Creed - One Last Breath.mp3 | Creed | 4,387KB | Audio |
| Civar276@KaZaA | Creed - What's This Life For.mp3 | Creed | 3,869KB | Audio |
| Civar276@KaZaA | Creed - With Arms Wide Open.mp3 | Creed | 4,324KB | Audio |
| Civar276@KaZaA | Dave Mathews Band - Crash Into Me.mp3 | Dave Matthews Band | 4,941KB | Audio |
| Civar276@KaZaA | Dave Matthews Band - Everyday.mp3 | Dave Matthews Band | 4,450KB | Audio |
| Civar276@KaZaA | Dave Matthews Band - Satellite.mp3 | Dave Matthews | 4,553KB | Audio |
| Civar276@KaZaA | Default - Wasting My Time.mp3 | Default | 6,312KB | Audio |
| Civar276@KaZaA | DJ Dave London - Someone Like You (101.7 Mix).mp3 | DJ Dave London | 11,767KB | Audio |
| Civar276@KaZaA | Eagles - Hotel California.mp3 | Eagles | 6,122KB | Audio |
| Civar276@KaZaA | Eminem - Cleaning Out My Closet.mp3 | Eminem | 11,635KB | Audio |
| Civar276@KaZaA | Eminem - Forgot About Dre feat. Dr. Dre.mp3 | Eminem | 3,653KB | Audio |
| Civar276@KaZaA | Eminem - Purple Pills feat. D-12.mp3 | Eminem | 3,921KB | Audio |
| Civar276@KaZaA | Eminem - The Way I Am.mp3 | Eminem | 6,795KB | Audio |
| Civar276@KaZaA | Eminem - Without Me.mp3 | Eminem | 4,546KB | Audio |
| Civar276@KaZaA | Fleetwood Mac - Go Your Own Way.mp3 | Fleetwood Mac | 4,695KB | Audio |
| Civar276@KaZaA | Goo Goo Dolls - Iris.mp3 | Goo Goo Dolls | 4,553KB | Audio |
| Civar276@KaZaA | Guns N' Roses - Knockin' On Heavens Door.mp3 | Guns N' Roses | 5,251KB | Audio |
| Civar276@KaZaA | Guns N' Roses - November Rain.mp3 | Guns N' Roses | 8,367KB | Audio |
| Civar276@KaZaA | Guns N' Roses - Paradise City.mp3 | Guns N' Roses | 6,322KB | Audio |
| Civar276@KaZaA | Guns N' Roses - Sweet Child O' Mine.mp3 | Guns N' Roses | 5,565KB | Audio |

Found 668 files | 2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civcr276@KaZaA | Guns N' Roses - Sweet Child O' Mine.mp3 | Guns N' Roses | 5,569kB | Audio |
| Civcr276@KaZaA | Helmet - Unsung.mp3 | Helmet | 3,711kB | Audio |
| Civcr276@KaZaA | Hoobastank - Crawling In The Dark.mp3 | Hoobastank | 4,102kB | Audio |
| Civcr276@KaZaA | House Of Pain - Jump Around.mp3 | House Of Pain | 3,278kB | Audio |
| Civcr276@KaZaA | Huey Lewis And The News - Power Of Love.mp3 | Huey Lewis And The News | 3,670kB | Audio |
| Civcr276@KaZaA | Incubus - I Wish U Were Here.mp3 | Incubus | 5,005kB | Audio |
| Civcr276@KaZaA | Jefferson Airplane - Somebody To Love.mp3 | Jefferson Airplane | 2,821kB | Audio |
| Civcr276@KaZaA | Jefferson Airplane - White Rabbit.mp3 | Jefferson Airplane | 2,390kB | Audio |
| Civcr276@KaZaA | Jim Croce - Time In A Bottle.mp3 | Jim Croce | 2,615kB | Audio |
| Civcr276@KaZaA | Jimmy Eat World - Middle.mp3 | Jimmy Eat World | 2,624kB | Audio |
| Civcr276@KaZaA | JT Money - Who Dat.mp3 | The Who | 3,627kB | Audio |
| Civcr276@KaZaA | Kid Rock - Only God Knows Why.mp3 | Kid Rock | 5,112kB | Audio |
| Civcr276@KaZaA | Lenny Kravitz - Again.mp3 | Lenny Kravitz | 3,623kB | Audio |
| Civcr276@KaZaA | Lifehouse - Hanging By A Moment.mp3 | Lifehouse | 3,391kB | Audio |
| Civcr276@KaZaA | Limp Bizkit - N2gether Now feat. Method Man.mp3 | Method Man | 4,536kB | Audio |
| Civcr276@KaZaA | Live - All Over You.mp3 | Live | 3,734kB | Audio |
| Civcr276@KaZaA | Live - I Alone.mp3 | Live | 3,607kB | Audio |
| Civcr276@KaZaA | Live - Lightning Crashes.mp3 | Live | 5,084kB | Audio |
| Civcr276@KaZaA | Ludacris - Move Bitch Feat. Mystikal.mp3 | Ludacris Feat. Mystikal | 10,584kB | Audio |
| Civcr276@KaZaA | Ludacris - Roll Out.mp3 | Ludacris | 5,724kB | Audio |
| Civcr276@KaZaA | Ludacris - Welcome To Atlanta feat. JD.mp3 | Jermaine Dupri | 4,836kB | Audio |
| Civcr276@KaZaA | Meatloaf - Bat Out Of Hell.mp3 | MEATLOAF | 9,237kB | Audio |
| Civcr276@KaZaA | Method Man_Red Man - Rappers Delight.mp3 | RNS Presents | 6,540kB | Audio |
| Civcr276@KaZaA | Michael Jackson - Beat It.mp3 | Michael Jackson | 4,047kB | Audio |
| Civcr276@KaZaA | Michael Jackson - Thriller.mp3 | Michael Jackson | 5,598kB | Audio |
| Civcr276@KaZaA | Michelle Branch - All You Wanted.mp3 | Michelle Branch | 5,100kB | Audio |
| Civcr276@KaZaA | Michelle Branch - Goodbye To You.MP3 | Michelle Branch | 5,197kB | Audio |
| Civcr276@KaZaA | Moby - Southside feat. Gwen Stefani.mp3 | Moby | 3,558kB | Audio |
| Civcr276@KaZaA | Moby - Why Does My Heart Feel So Bad.mp3 | Moby | 4,182kB | Audio |

2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

Found 668 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civar276@KaZaA | Moby - Why Does My Heart Feel So Bad.mp3 | Moby | 4,136kB | Audio |
| Civar276@KaZaA | Modern English - Melt With You.mp3 | Modern English | 7,987kB | Audio |
| Civar276@KaZaA | Nirvana - About A Girl.mp3 | Nirvana | 3,391kB | Audio |
| Civar276@KaZaA | Nirvana - All Apologies.mp3 | Nirvana | 4,113kB | Audio |
| Civar276@KaZaA | Nirvana - Jesus Don't Want Me For a Sunbeam.mp3 | Nirvana | 4,322kB | Audio |
| Civar276@KaZaA | Nirvana - Lake Of Fire.mp3 | Nirvana | 2,749kB | Audio |
| Civar276@KaZaA | Nirvana - Oh Me.mp3 | Nirvana | 3,213kB | Audio |
| Civar276@KaZaA | Nirvana - On A Plain.mp3 | Nirvana | 3,511kB | Audio |
| Civar276@KaZaA | Nirvana - Plateau.mp3 | Nirvana | 3,414kB | Audio |
| Civar276@KaZaA | Nirvana - Polly.mp3 | Nirvana | 3,071kB | Audio |
| Civar276@KaZaA | Nirvana - Sleep Last Night.mp3 | Nirvana | 4,778kB | Audio |
| Civar276@KaZaA | Nirvana - Something In The Way.mp3 | Nirvana | 3,776kB | Audio |
| Civar276@KaZaA | Nirvana - The Man Who Sold The World.mp3 | Nirvana | 4,078kB | Audio |
| Civar276@KaZaA | No Doubt - Underneath It All.mp3 | No Doubt | 4,730kB | Audio |
| Civar276@KaZaA | NWA - Fuck Tha Police.mp3 | NWA | 5,365kB | Audio |
| Civar276@KaZaA | NWA - Straight Outta Compton.mp3 | NWA | 4,181kB | Audio |
| Civar276@KaZaA | Onyx - Slam.mp3 | Onyx | 3,388kB | Audio |
| Civar276@KaZaA | Outkast - The Whole World.mp3 | Outkast | 6,917kB | Audio |
| Civar276@KaZaA | Ozzy Osbourne - Crazy Train.mp3 | Ozzy Osbourne | 4,654kB | Audio |
| Civar276@KaZaA | Ozzy Osbourne - Dreamer.mp3 | Ozzy Osbourne | 4,452kB | Audio |
| Civar276@KaZaA | Ozzy Osbourne - I Don't Know - Tribute To Randy Rhodes... | Ozzy Osbourne | 5,382kB | Audio |
| Civar276@KaZaA | Ozzy Osbourne - It Gets Me Through.MP3 | Ozzy Osbourne | 4,672kB | Audio |
| Civar276@KaZaA | Ozzy Osbourne - Mama I'm Coming Home.mp3 | Ozzy Osbourne | 3,939kB | Audio |
| Civar276@KaZaA | Ozzy Osbourne - No More Tears.mp3 | Ozzy Osbourne | 6,933kB | Audio |
| Civar276@KaZaA | P.O.D - Alive.mp3 | POD | 3,158kB | Audio |
| Civar276@KaZaA | Pink Floyd - The Wall - Disc 1.mp3 | Pink Floyd | 36,865kB | Audio |
| Civar276@KaZaA | Pink Floyd - The Wall - Disc 2.mp3 | Pink Floyd | 39,388kB | Audio |
| Civar276@KaZaA | The Doors - When The Music's Over.mp3 | Doors | 10,317kB | Audio |
| Civar276@KaZaA | The Doors - Wild Child.mp3 | The Doors | 2,421kB | Audio |

Found 668 files | 2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | My Kazaa | Downloads | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civcr276@KaZaA | The Doors - Wild Child.mp3 | The Doors | 2,421KB | Audio |
| Civcr276@KaZaA | The Doors - You're Lost Little Girl.mp3 | The Doors | 2,880KB | Audio |
| Civcr276@KaZaA | The Mamas And The Papas - California Dreaming.mp3 | The Mamas And The Papas | 2,523KB | Audio |
| Civcr276@KaZaA | The Offspring - Defy You.mp3 | The Offspring | 5,432KB | Audio |
| Civcr276@KaZaA | The Offspring - Gone Away.mp3 | The Offspring | 4,201KB | Audio |
| Civcr276@KaZaA | The Offspring - Smash.mp3 | The Offspring | 65,731KB | Audio |
| Civcr276@KaZaA | The Who - Teenage Wasteland.mp3 | The Who | 4,823KB | Audio |
| Civcr276@KaZaA | Three Doors Down - Kryptonite.mp3 | Three Doors Down | 3,724KB | Audio |
| Civcr276@KaZaA | Tom Petty - Last Dance With Mary Jane.mp3 | Tom Petty | 4,244KB | Audio |
| Civcr276@KaZaA | Tom Petty - Roll Another Joint.MP3 | Tom Petty | 4,523KB | Audio |
| Civcr276@KaZaA | Top Gun - Danger Zone.mp3 | Top Gun | 3,357KB | Audio |
| Civcr276@KaZaA | Tupac - California Love feat. Dr. Dre.mp3 | California Love | 4,468KB | Audio |
| Civcr276@KaZaA | Tupac - Open Fire.mp3 | 2Pac | 2,698KB | Audio |
| Civcr276@KaZaA | Tupac - Redemption.mp3 | Tupac Shakur | 1,694KB | Audio |
| Civcr276@KaZaA | Van Morrison - Brown Eyed Girl.mp3 | Van Morrison | 2,865KB | Audio |
| Civcr276@KaZaA | Verve Pipe - The Freshman.mp3 | Verve Pipe | 4,199KB | Audio |
| Civcr276@KaZaA | Violent Femmes - Blister In The Sun.mp3 | Violent Femmes | 2,257KB | Audio |
| Civcr276@KaZaA | Wallflowers - One Headlight.mp3 | Wallflowers | 4,885KB | Audio |
| Civcr276@KaZaA | War - Low Rider.mp3 | War | 3,020KB | Audio |
| Civcr276@KaZaA | Warren G - Regulators.mp3 | Warren G | 3,869KB | Audio |
| Civcr276@KaZaA | Warren G. - Do You See What I See feat. Nate Dogg.mp3 | warren g and snoop dog | 3,746KB | Audio |
| Civcr276@KaZaA | Wu-Tang Clan - M.E.T.H.O.D MAN.mp3 | Method Man | 5,514KB | Audio |
| Civcr276@KaZaA | Wu-Tang Clan - Da Mystery Of Chessboxin'.mp3 | Wu Tang Clan | 4,492KB | Audio |
| Civcr276@KaZaA | Wu-Tang Clan - Gravel Pit.mp3 | Wu Tang Clan | 6,834KB | Audio |
| Civcr276@KaZaA | Red Hot Chili Peppers - Under The Bridge.mp3 | Red Hot Chili Peppers | 4,091KB | Audio |
| Civcr276@KaZaA | Rick James - Give It To Me Baby.mp3 | Rick James | 3,991KB | Audio |
| Civcr276@KaZaA | Rolling Stones - Get Off Of My Cloud.mp3 | Rolling Stones | 2,672KB | Audio |
| Civcr276@KaZaA | Rolling Stones - Paint It Black.mp3 | Rolling Stones | 3,527KB | Audio |
| Civcr276@KaZaA | Rolling Stones - Time Is On My Side.mp3 | Rolling Stones | 2,793KB | Audio |

Found 668 files | 2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Downoad | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civicr276@KaZaA | Rolling Stones - Time Is On My Side.mp3 | Rolling Stones | 2,793KB | Audio |
| Civicr276@KaZaA | Santana - Put Your Lights On feat. Everlast.mp3 | Santana | 5,564KB | Audio |
| Civicr276@KaZaA | Sarah McLaughlin - Angel.mp3 | Sarah Mclaughlin | 10,564KB | Audio |
| Civicr276@KaZaA | Silverchair - Tomorrow.mp3 | Silverchair | 4,158KB | Audio |
| Civicr276@KaZaA | Simon_Garfunkel - Mrs. Robinson.mp3 | Simon_Garfunkel | 3,600KB | Audio |
| Civicr276@KaZaA | Sisqo - The Thong Song.mp3 | Sisqo | 3,984KB | Audio |
| Civicr276@KaZaA | Skeelo - I Wish.mp3 | Skee Lo | 5,826KB | Audio |
| Civicr276@KaZaA | Soul AsyAum - Runaway Train.mp3 | Soul Asylum | 4,110KB | Audio |
| Civicr276@KaZaA | Staind - Epiphany.mp3 | Staind | 4,001KB | Audio |
| Civicr276@KaZaA | Staind - Fade.mp3 | Staind | 5,655KB | Audio |
| Civicr276@KaZaA | Staind - For You.mp3 | artist | 3,294KB | Audio |
| Civicr276@KaZaA | Staind - It's Been A While.mp3 | Staind | 4,166KB | Audio |
| Civicr276@KaZaA | Sugar Ray - Fly.mp3 | Sugar Ray | 4,566KB | Audio |
| Civicr276@KaZaA | Sugar Ray - When It's Over.mp3 | Sugar Ray | 3,442KB | Audio |
| Civicr276@KaZaA | John Mayer - Not Myself.mp3 | John Mayer | 3,434KB | Audio |
| Civicr276@KaZaA | John Mayer - Silent.mp3 | John Mayer | 3,152KB | Audio |
| Civicr276@KaZaA | The Doors - Alabama Song.mp3 | The Doors | 3,065KB | Audio |
| Civicr276@KaZaA | The Doors - Five To One.mp3 | Doors | 4,186KB | Audio |
| Civicr276@KaZaA | The Doors - L.A. Woman.mp3 | The Doors | 7,335KB | Audio |
| Civicr276@KaZaA | The Doors - Love Her Madly.mp3 | The Doors | 3,109KB | Audio |
| Civicr276@KaZaA | The Doors - Love Me Two Times.mp3 | The Doors | 3,060KB | Audio |
| Civicr276@KaZaA | The Doors - Not To Touch The Earth.mp3 | The Doors | 3,681KB | Audio |
| Civicr276@KaZaA | The Doors - People Are Strange.mp3 | The Doors | 2,048KB | Audio |
| Civicr276@KaZaA | The Doors - Riders On The Storm.mp3 | The Doors | 6,749KB | Audio |
| Civicr276@KaZaA | The Doors - Road House Blues.mp3 | The Doors | 3,840KB | Audio |
| Civicr276@KaZaA | The Doors - Spanish Caravan.MP3 | The Doors | 2,763KB | Audio |
| Civicr276@KaZaA | The Doors - Strange Days.mp3 | The Doors | 2,926KB | Audio |
| Civicr276@KaZaA | The Doors - The Crystal Ship.mp3 | Doors | 2,418KB | Audio |
| Civicr276@KaZaA | The Doors - The End.mp3 | Doors | 10,395KB | Audio |

Found 668 files | 2,655,876 users online, sharing 1,333,129,605 files (36,667,392 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civcr276@KaZaA | The Doors - The End.mp3 | Doors | 10,965KB | Audio |
| Civcr276@KaZaA | The Doors - Waiting For The Sun.mp3 | The Doors | 7,496KB | Audio |
| Civcr276@KaZaA | Godsmack - Doing the Best That I Can.mp3 | Godsmack | 3,200KB | Audio |
| Civcr276@KaZaA | Prodigy - Funky Shit.mp3 | Prodigy | 4,944KB | Audio |
| Civcr276@KaZaA | godsmack - ReAlign.mp3 | Godsmack | 4,078KB | Audio |
| Civcr276@KaZaA | goldie - Drumz 95 by Doc Scott.mp3 | (6 DB) Goldie | 5,613KB | Audio |
| Civcr276@KaZaA | Goodie Mob - They Don't Dance.mp3 | Goodie MOb | 3,200KB | Audio |
| Civcr276@KaZaA | Aphrodite - Atmospheric Drum and Bass - 07 - Subject 13 -... | Aphrodite | 5,572KB | Audio |
| Civcr276@KaZaA | DJ Dave London - Orlando Breaks Vol. 3.mp3 | DJ Dave London | 70,364KB | Audio |
| Civcr276@KaZaA | DJ FBI - I Just Wanna Use Your Love.mp3 | DJ FBI | 3,696KB | Audio |
| 2 Users | DJ Freaky Flow - Tits - 02 - Bad Ass(Aphrodite_Mickey Fi... | Aphrodite | 3,464KB | Audio |
| Civcr276@KaZaA | Goodie Mob_Outkast - Blackice.mp3 | Goodie MOb | 3,777KB | Audio |
| Civcr276@KaZaA | Green Jelly - Three Little Pigs.mp3 | Green Jelly | 5,530KB | Audio |
| Civcr276@KaZaA | Dj Shorte Millenium Mix 2001 - 02 - DJ Jean - Get Ready for... | DJ Jean | 5,164KB | Audio |
| Civcr276@KaZaA | John Mayer - St. Patricks Day.mp3 | John Mayer | 2,012KB | Audio |
| Civcr276@KaZaA | Aphrodite - Atmospheric Drum and Bass - 07 - Subject 13 -... | Aphrodite | 5,572KB | Audio |
| Civcr276@KaZaA | Aphrodite - Cocaine.mp3 | Aphrodite | 5,413KB | Audio |
| Civcr276@KaZaA | Aphrodite_Jungle Brothers - Drum_Bass.mp3 | Aphrodite_Jungle Broth... | 6,448KB | Audio |
| Civcr276@KaZaA | Bomfunk MC's - Freestyler.mp3 | Bomfunk MC's | 4,779KB | Audio |
| Civcr276@KaZaA | Crystal Method_Chemical Brothers - Megamix.mp3 | The Crystal Method | 13,220KB | Audio |
| Civcr276@KaZaA | Dj Shorte Millenium Mix 2001 - Hotel California (Remix).mp3 | REM | 5,003KB | Audio |
| Civcr276@KaZaA | DJ Trashy - BFI - 11 - I Close My Eyes.mp3 | DJ Trashy | 4,729KB | Audio |
| Civcr276@KaZaA | Ian van Dahl - Castles In The Sky.mp3 | Ian van Dahl | 3,892KB | Audio |
| Civcr276@KaZaA | Kaycee - Escape [Extended Club-Electro Mix].mp3 | Kaycee | 19,715KB | Audio |
| Civcr276@KaZaA | Paul Oakenfold - 1998 - Tranceport.mp3 | Paul Oakenfold | 68,914KB | Audio |
| Civcr276@KaZaA | Paul Oakenfold - Voyage into Trance.mp3 | Paul Oakenfold | 68,110KB | Audio |
| Civcr276@KaZaA | Prodigy - Voodoo People.mp3 | Prodigy | 6,043KB | Audio |
| Civcr276@KaZaA | Rave-Aphrodite - Superman Theme.mp3 | Rave aphrodite | 6,179KB | Audio |
| Civcr276@KaZaA | John Mayer - Unknown.mp3 | John Mayer | 3,152KB | Audio |

Found 668 files — 2,655,876 users online, sharing 1,333,128,605 files (36,567,392 GB) — Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Clvcr276@KaZaA | John Mayer - Unknown.mp3 | John Mayer | 3,152KB | Audio |
| Clvcr276@KaZaA | AK1200 - Drowsing.mp3 | AK1200 | 8,002KB | Audio |
| 2 Users | Alice Deejay - Better Off Alone (DJ Jam X _De Leon's Demo… | Alice Deejay | 5,380KB | Audio |
| Clvcr276@KaZaA | Beanie Man - Dude.mp3 | Beanie Man | 3,944KB | Audio |
| Clvcr276@KaZaA | Beastie Boys - Get It Together.mp3 | Beastie Boys | 3,820KB | Audio |
| Clvcr276@KaZaA | Beastie Boys - Paul Revere.mp3 | Beastie Boys | 3,452KB | Audio |
| Clvcr276@KaZaA | Black Eyed Peas - Hey Mama.wma | 5c | 538KB | Audio |
| Clvcr276@KaZaA | Busta Rhymes - Put Your Hands Where My Eyes Can See-… | Busta Rhymes - Put Your … | 3,036KB | Audio |
| Clvcr276@KaZaA | Deep Dish - Yoshiesque (disc 1) - 09 - Eric Gadd - The Right… | Unknown | 4,471KB | Audio |
| Clvcr276@KaZaA | Deuce Komradz - Down With South.mp3 | Deuce Komradz | 4,499KB | Audio |
| Clvcr276@KaZaA | Diesel_Boy_@_JUNGLODIUM_Cleveland_March_24_2001.… | Diesel Boy | 65,203KB | Audio |
| Clvcr276@KaZaA | DJ Dara - Drum n Bass Mix.mp3 | DJ Dara | 19,432KB | Audio |
| Clvcr276@KaZaA | DJ DB - omni trio.mp3 | DJ DB | 4,028KB | Audio |
| Clvcr276@KaZaA | DJ Hype - Tiger Style [Jungle] (1).mp3 | dj hype | 3,744KB | Audio |
| Clvcr276@KaZaA | DJ SS -DJ's Delte Vol -old school jungle live set.mp3 | Live | 65,106KB | Audio |
| Clvcr276@KaZaA | DMX - X Gonna Give it to Ya.mp3 | DMX | 5,242KB | Audio |
| Clvcr276@KaZaA | Drum n'Bass_Jungle - DJ Keoki - Madness [DJ Dara Remix… | DJ Dara | 7,094KB | Audio |
| Clvcr276@KaZaA | Eightball_MJG - Dont Want No Drama.mp3 | 8Ball and MJG | 3,976KB | Audio |
| Clvcr276@KaZaA | Elephant Man feat (1).wma | Elephant Man | 2,133KB | Audio |
| Clvcr276@KaZaA | Elephant Man feat. Twista, Youngbloodz.wma | Unknown Artist | 2,133KB | Audio |
| Clvcr276@KaZaA | FaBuLoUs Ft LiL mO-cAnT LeT u Go.mp3 | Fabolous Feat. Lil Mo | 3,552KB | Audio |
| Clvcr276@KaZaA | Godsmack - Awake.mp3 | Godsmack | 4,793KB | Audio |
| Clvcr276@KaZaA | I Am Loco - Ill Niño.mp3 | El Niño | 2,533KB | Audio |
| Clvcr276@KaZaA | Incubus - Pardon Me.mp3 | Incubus | 3,662KB | Audio |
| Clvcr276@KaZaA | Incubus - Pardon Me (1).mp3 | Incubus | 3,234KB | Audio |
| Clvcr276@KaZaA | Jay_Z- I Just Wanna Love Ya (Give It to Me).mp3 | Jay Z | 3,546KB | Audio |
| Clvcr276@KaZaA | JKwon-Tipsy.wma | JKwon | 1,921KB | Audio |
| Clvcr276@KaZaA | jungle brothers - jungle brother (aphrodite mix).mp3 | Aphrodite | 6,463KB | Audio |
| Clvcr276@KaZaA | Juvenile - In My Life.wma | Juvenile | 2,752KB | Audio |

Found 668 files    2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB)    Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Clvcr276@KaZaA | Juvenile - In My Life.wma | Juvenile | 2,756KB | Audio |
| 2 Users | Juvenile - Slow Motion.wma | Juvenile | 1,956KB | Audio |
| Clvcr276@KaZaA | Kosheen - (Slip and Slide) Suicide.mp3 | DJ Dara | 3,948KB | Audio |
| Clvcr276@KaZaA | Leonard Skynard - Ooh That Smell.mp3 | Lynard Skynard | 5,484KB | Audio |
| Clvcr276@KaZaA | Lil Mo Feat. Fabolous - Superwomen.mp3 | Lil Mo Feat. Fabolous | 5,805KB | Audio |
| Clvcr276@KaZaA | ludacris - saturday.mp3 | Ludacris | 3,639KB | Audio |
| Clvcr276@KaZaA | Luniz - I Got Five On It.mp3 | Luniz | 9,460KB | Audio |
| 2 Users | Lynard Skynard - Free Bird.mp3 | Lynard Skynard | 3,864KB | Audio |
| Clvcr276@KaZaA | Master P - Act A Fool.mp3 | Master P | 3,850KB | Audio |
| 2 Users | MD - got it twisted.mp3 | T.I. | 3,062KB | Audio |
| Clvcr276@KaZaA | Akon Ft. Styles P - Lock Up.mp3 | Akon Feat Styles P | 1,623KB | Audio |
| Clvcr276@KaZaA | Mission Impossible 2 - 08 - Godsmack - Going Down.mp3 | Godsmack | 4,755KB | Audio |
| Clvcr276@KaZaA | N + Fabolous - Holla Back.mp3 | Fabolous | 3,239KB | Audio |
| Clvcr276@KaZaA | Nas f Trina - oochie walla .mp3 | nas and trina | 3,714KB | Audio |
| Clvcr276@KaZaA | Outkast - Hoobie Hoo.mp3 | OutKast | 3,705KB | Audio |
| Clvcr276@KaZaA | Outkast - Players Ball.mp3 | Outkast | 4,072KB | Audio |
| Clvcr276@KaZaA | P.I.M.P. (Remix).mp3 | 50 Cent Feat.Snoop Dogg | 5,376KB | Audio |
| Clvcr276@KaZaA | Paul van Dyk - We are alive (DJ Icey´s Arctic Bass Mix) .m... | DJ Icey | 5,648KB | Audio |
| Clvcr276@KaZaA | Q_Project-Champion_Sound_[Doc_Scott_Remix]_(Legend)... | REM | 4,144KB | Audio |
| Clvcr276@KaZaA | Rave ~ Halloween remix.mp3 | REM | 5,131KB | Audio |
| Clvcr276@KaZaA | Sonique - It Feels So Good.mp3 | Sonique | 3,602KB | Audio |
| Clvcr276@KaZaA | styles p - i get high.mp3 | 03-styles_p-i_get_high-hw... | 1,850KB | Audio |
| Clvcr276@KaZaA | Styles P - I Get High(remix).mp3 | 05-styles_p_ft_baby_dra... | 5,010KB | Audio |
| Clvcr276@KaZaA | System Of A Down - Aerials.mp3 | System Of A Down | 3,772KB | Audio |
| Clvcr276@KaZaA | Don't say nuthin.mp3 | The Roots | 3,416KB | Audio |
| Clvcr276@KaZaA | System of a Down - Toxicity.mp3 | System of a Down | 2,598KB | Audio |
| Clvcr276@KaZaA | System of a Down-STEAL THIS ALBUM-pictures.mp3 | System of a Down | 1,737KB | Audio |
| Clvcr276@KaZaA | techno-Rave-Jungle--Matrix II Trance Mix.mp3 | Unknown | 2,878KB | Audio |
| Clvcr276@KaZaA | TeeBee_Blue Rose (1).mp3 | DJ Dara | 4,652KB | Audio |

Found 668 files