**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Civkz2T6@Ka2aA | TeeBee  Blue Rose (1).mp3 | DJ Dara | 4,252KB | Audio |
| Civkz2T6@Ka2aA | TI - Lets Get Away.mp3 | T.I. | 4,329KB | Audio |
| Civkz2T6@Ka2aA | Track.No14.mp3 | Elephant Man | 2,786KB | Audio |
| Civkz2T6@Ka2aA | Trance-Rave-Jungle--Dj Liquid - Final Fantasy.mp3 | Unknown | 3,554KB | Audio |
| Civkz2T6@Ka2aA | Trance-Rave-Jungle--Dj Quicksilver - Techno Macht Spass ... | Unknown | 3,073KB | Audio |
| Civkz2T6@Ka2aA | Trina feat. Ludacris - Be Alright.mp3 | Trina | 3,731KB | Audio |
| Civkz2T6@Ka2aA | Tripin' On XTC.mp3 | Green Jelly | 3,404KB | Audio |
| Civkz2T6@Ka2aA | Tom Petty - Free Falling(1).mp3 | Tom Petty | 3,897KB | Audio |
| Civkz2T6@Ka2aA | Defender1 (Nico_Rukkus).mp3 | DJ Dara | 3,646KB | Audio |
| Civkz2T6@Ka2aA | megalomaniac.mp3 | Incubus | 4,641KB | Audio |
| Civkz2T6@Ka2aA | Overnight Celebrity.mp3 | Twista | 3,652KB | Audio |
| Civkz2T6@Ka2aA | 8ball_MJG feat.mp3 | Eightball_MJG | 4,241KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - My Stupid Mouth.mp3 | John Mayer | 3,548KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Neon.mp3 | John Mayer | 4,042KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - No One Knows.mp3 | Green Day | 3,435KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - No Such Thing.MP3 | John Mayer | 3,616KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Quiet.mp3 | John Mayer | 3,148KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Victoria.mp3 | John Mayer | 3,594KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Why Georgia.mp3 | John Mayer | 4,205KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Your Body is a Wonderland.mp3 | John Mayer | 4,000KB | Audio |
| Civkz2T6@Ka2aA | John Mayor - 3 x 5.mp3 | no artist | 4,577KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - 83.mp3 | John Mayer | 4,615KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Back to You.mp3 | John Mayer | 3,710KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - City Love.mp3 | John Mayer | 3,798KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Comfortable.mp3 | John Mayer | 3,086KB | Audio |
| Civkz2T6@Ka2aA | Nickleback - some day.mp3 | Nickelback | 4,903KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Girl Next Door.mp3 | John Mayer | 2,981KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Great Indoors.mp3 | John Mayer | 3,383KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Love Song For No One.mp3 | John Mayer | 3,154KB | Audio |
| Civkz2T6@Ka2aA | John Mayer - Love Song.mp3 | John Mayer | 3,549KB | Audio |

Found 668 files

2,655,876 users online, sharing 1,333,128,605 files (36,567,392 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| Civkr2276@Ka2aA | John Mayer - Love Song For No One.mp3 | John Mayer | 3,194KB | Audio |
| Civkr2276@Ka2aA | John Mayer - Love Soon.mp3 | John Mayer | 2,564KB | Audio |
| Civkr2276@Ka2aA | John Mayer - Man on the Side.mp3 | John Mayer | 5,204KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Light My Way.mp3 | AUDIOSLAVE | 4,743KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Like A Stone.mp3 | AUDIOSLAVE | 4,599KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Set It Off.mp3 | AUDIOSLAVE | 4,113KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Shadow On The Sun.mp3 | AUDIOSLAVE | 5,366KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Show Me How To Live.mp3 | AUDIOSLAVE | 4,341KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - The Last Remaining Light.mp3 | AUDIOSLAVE | 4,960KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - What You Are.mp3 | AUDIOSLAVE | 3,896KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Bring Em Back Alive.mp3 | AUDIOSLAVE | 5,149KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Cochise.mp3 | AUDIOSLAVE | 3,474KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Exploder.mp3 | AUDIOSLAVE | 3,219KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Gasoline.mp3 | AUDIOSLAVE | 4,366KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Getaway Car.mp3 | AUDIOSLAVE | 4,680KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - Hypnotize.mp3 | AUDIOSLAVE | 3,228KB | Audio |
| Civkr2276@Ka2aA | AUDIOSLAVE - I Am The Highway.mp3 | AUDIOSLAVE | 5,233KB | Audio |
| Civkr2276@Ka2aA | Civ1ization 3 (Full plus Sounds).exe | Unknown | 373,872KB | Software |
| Civkr2276@Ka2aA | Gladiator Theme - Techno Remix.mp3 | REM | 3,730KB | Audio |
| Civkr2276@Ka2aA | Jungle Brothers - Jungle Brother.mp3 | Jungle Brothers | 6,658KB | Audio |
| Civkr2276@Ka2aA | Mos Def - Universal Magnetic (IQ Collective Remix).mp3 | REM | 6,406KB | Audio |
| Civkr2276@Ka2aA | Paul Oakenfold - Braveheart Main Theme (Techno mix).mp3 | Paul Oakenfold | 14,344KB | Audio |
| Civkr2276@Ka2aA | Beatles - Lucy In The Sky With Diamonds.mp3 | 3 | 3,257KB | Audio |
| Civkr2276@Ka2aA | Paul Oakenfold - Hallucinogen - (LDS Live Mix) .mp3 | Live | 7,270KB | Audio |
| Civkr2276@Ka2aA | Paul Oakenfold - Someone Like You .mp3 | Paul Oakenfold | 7,764KB | Audio |
| Civkr2276@Ka2aA | Paul Oakenfold - Starry Eyed Surprise.MP3 | Paul Oakenfold | 4,618KB | Audio |
| Civkr2276@Ka2aA | Paul Oakenfold - This is Trance.MP3 | Paul Oakenfold | 6,508KB | Audio |
| Civkr2276@Ka2aA | Paul Oakenfold - Time.mp3 | Paul Oakenfold | 7,738KB | Audio |
| Civkr2276@Ka2aA | Rick West - DJ Daby Anne - Favorite Beats 4 - Fresh's Gr... | DJ Baby Anne | 6,633KB | Audio |
| Civkr2276@Ka2aA | Dubin Fou - 1 Can Show (Extended Club Mix) mp3 | Dubin Fou | 6,049KB | Audio |

Found 668 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search  Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civkz2768jKa2aA | Rick West  DJ Baby Anne - Flavored Beats 4 - Freaks Gr... | DJ Baby Anne | 6,833KB | Audio |
| Civkz2768jKa2aA | Robin Fox - I See Stars (Extended Club Mix).mp3 | Robin Fox | 6,840KB | Audio |
| Civkz2768jKa2aA | Robin Fox - I See Stars (Ultimix).mp3 | Robin Fox | 6,310KB | Audio |
| Civkz2768jKa2aA | Trance Control - Underground Raver.mp3 | trance [] control | 3,308KB | Audio |
| Civkz2768jKa2aA | AK1200 - DJ Dara (DieselBoy Triple-Team Live At Proper 4... | AK1200 | 89,765KB | Audio | AK1200 - DJ Dara (DieselBoy Triple |
| Civkz2768jKa2aA | Aphrodite - Atmospheric Drum Bass Vol. II CD2-06(1).mp3 | Aphrodite | 3,664KB | Audio |
| Civkz2768jKa2aA | Jerkey Boys - Punjabi Taxi Man.mp3 | Jerky Boyz | 1,163KB | Audio |
| Civkz2768jKa2aA | Aphrodite - Urban Jungle.mp3 | Aphrodite | 6,230KB | Audio |
| Civkz2768jKa2aA | Aphrodite-I Got Five On It (Drum and Bass Remix).mp3 | Aphrodite | 7,066KB | Audio | I Got Five On It (Dru |
| Civkz2768jKa2aA | Aphrodite vs. Chemical Brothers - Aphromoods.mp3 | Aphrodite | 2,938KB | Audio |
| Civkz2768jKa2aA | ATB - Movin' Melodies.mp3 | ATB | 6,964KB | Audio |
| Civkz2768jKa2aA | ATB Paul Van Dyke _DJ Special K - Rave Mix.mp3 | ATB | 11,572KB | Audio |
| Civkz2768jKa2aA | ATB feat. York - The Fields Of Love (Original Club Mix).mp3 | ATB feat. YORK; | 7,548KB | Audio | The Fields |
| Civkz2768jKa2aA | ATB Vs DJ Jean - The Launch(remix).mp3 | ATB | 8,564KB | Audio |
| Civkz2768jKa2aA | Aurora - Ordinary World.mp3 | Aurora | 6,072KB | Audio |
| Civkz2768jKa2aA | Bad Boy Bill _Richard Humpty Vision - Wishing on a Star.m... | Bad Boy Bill _Richard Hu... | 4,790KB | Audio |
| Civkz2768jKa2aA | Blade - Blood Bath Club Mix.mp3 | Blade | 19,128KB | Audio |
| Civkz2768jKa2aA | Castles In The Sky.mp3 | Unknown | 10,312KB | Audio |
| Civkz2768jKa2aA | Cleveland Lounge - Drowning (AK1200 remix).mp3 | AK1200 | 6,104KB | Audio | Drown |
| Civkz2768jKa2aA | Crystal Method - Magic Carpet Ride (Techno Remix).mp3 | The Crystal Method | 3,177KB | Audio | Magic Carpet R |
| Civkz2768jKa2aA | Crystal Method - Trip Like I Do.mp3 | The Crystal Method | 17,807KB | Audio |
| Civkz2768jKa2aA | Daft Punk - Harder, Better, Faster, Stronger.mp3 | Daft Punk | 8,208KB | Audio | Harder, Bette |
| Civkz2768jKa2aA | ICP - Bugs On My Nuts (1) (1).wma | ICP | 2,142KB | Audio |
| Civkz2768jKa2aA | Dieselboy - Konspiracy VIP.mp3 | Diesel Boy | 6,981KB | Audio |
| Civkz2768jKa2aA | Dieselboy, DJ Jerome, DJ Dara, Grooverider, Roni Size - Li... | Diesel Boy | 7,278KB | Audio |
| Civkz2768jKa2aA | DJ Gyrl _DJ Irene - Lose Control.mp3 | DJ Gyrl _DJ Irene | 3,233KB | Audio |
| Civkz2768jKa2aA | DJ Hype - Ready or Not (Jungle Mix).mp3 | dj hype | 6,192KB | Audio |
| Civkz2768jKa2aA | DJ Icey - Blow Ya Mind .mp3 | DJ Icey (Lock and Load | 6,045KB | Audio |
| Civkz2768jKa2aA | DJ Icey - Liquid Child mp3 | DJ Icey | 3,713KB | Audio |
| Civkz2768jKa2aA | DJ Icey - Not a Tank (Scratchin' two tha sid) mp3 | DJ Icey | 2,000KB | Audio |

Found 668 files

2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB)  Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civar27b9lKa2aA | DJ Icey - Liquid Child.mp3 | DJ Icey | 3,712KB | Audio |
| Civar27b9lKa2aA | DJ Icey - Not a Test (Scratchin' breakbeat).mp3 | DJ Icey | 3,882KB | Audio |
| Civar27b9lKa2aA | DJ Icey - The Essential Mix - 08 - Escape (Electro Mix).mp3 | DJ Icey | 6,562KB | Audio |
| Civar27b9lKa2aA | DJ Jean - The Launch.mp3 | DJ Jean | 6,342KB | Audio |
| Civar27b9lKa2aA | DJ Jean - The Launch (ATB Techno Remix).mp3 | ATB | 13,076KB | Audio |
| Civar27b9lKa2aA | DJ Krust - Dom and Roland - Dillinja - Roni Size - Ed Rush .... | Dom Roland | 61,156KB | Audio |
| Civar27b9lKa2aA. | DJ Outlaw - A Bliss Of Techno.mp3 | DJ Outlaw | 14,084KB | Audio |
| Civar27b9lKa2aA | DJ Pure Bliss, Sharaz, Infiniti, Icey, Huda Huda_Baby .... | T.I. | 64,602KB | Audio |
| Civar27b9lKa2aA | DJ Quicksilver - Bitter Sweet Symphony Euromix.mp3 | DJ Quicksilver | 3,176KB | Audio |
| Civar27b9lKa2aA | DJ Sasha - Purple.mp3 | DJ Sasha | 7,726KB | Audio |
| Civar27b9lKa2aA | DJ Sasha - Rave Megamix.mp3 | DJ Sasha | 5,258KB | Audio |
| Civar27b9lKa2aA | DJ Sharaz - I See Stars.mp3 | Robin Fox | 5,044KB | Audio |
| Civar27b9lKa2aA | DJ Skribble_Anthony Acid - Feel the Drugs.mp3 | DJ Skribble_Anthony Acid | 6,665KB | Audio |
| Civar27b9lKa2aA | DJ Tiesto - Trance Energy X - Mix 2001.mp3 | T.I. | 7,682KB | Audio |
| Civar27b9lKa2aA | Eclipse Remix - Dirty Vegas - Days Go By.mp3 | Dirty Vegas | 7,066KB | Audio |
| Civar27b9lKa2aA | Eiffel 65 - Move Your Body (Club Mix).mp3 | Eiffel 65, Gabry Ponte | 6,978KB | Audio |
| Civar27b9lKa2aA | Finale - If 1 - Club Mix.mp3 | Finale. | 9,430KB | Audio |
| Civar27b9lKa2aA | OZZY OSBOURNE- DREAMER.mp3 | Ozzy Osbourne | 11,129KB | Audio |
| Civar27b9lKa2aA | OZZY OSBOURNE-Mama, I'm Coming Home.mp3 | Ozzy Osbourne | 5,952KB | Audio |
| Civar27b9lKa2aA | Pennywise - Bro Hymm Tribute.mp3 | Pennywise | 7,389KB | Audio |
| Civar27b9lKa2aA | Pennywise - Bro hymn.mp3 | Pennywise | 2,783KB | Audio |
| Civar27b9lKa2aA | Pennywise - Living For Today.mp3 | Pennywise | 2,911KB | Audio |
| Civar27b9lKa2aA | Pennywise - No Way Out.mp3 | Pennywise | 2,352KB | Audio |
| Civar27b9lKa2aA | Pennywise-No Reason Why.mp3 | Pennywise | 2,444KB | Audio |
| Civar27b9lKa2aA | Rancid - I'm Not The Only One.mp3 | Rancid | 2,482KB | Audio |
| Civar27b9lKa2aA | Rancid - Let's Go.mp3 | Rancid | 1,346KB | Audio |
| Civar27b9lKa2aA | Rancid - Nihilism.mp3 | Rancid | 1,899KB | Audio |
| Civar27b9lKa2aA | rancid - radio.mp3 | Rancid | 2,678KB | Audio |
| Civar27b9lKa2aA | Rancid - Roots Radicals.mp3 | Rancid | 2,616KB | Audio |
| Civar27b9lKa2aA | Rancid - Salvation.mp3 | Rancid | 2,712KB | Audio |

○○○○○   ●○○○○○   ●

Not a Test (Sc
E

The Launch (/
DJ Krust - Dom and Roland - Dillinj.

DJ Pure Bliss, Sharaz, Infiniti, Ice
Bitter Sweet

Move

Mame.

I'n

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civicz2769iKaZaA | Rancid - Roots Radicals.mp3 | Rancid | 2,616KB | Audio |
| Civicz2769iKaZaA | Rancid - Salvation.mp3 | Rancid | 2,712KB | Audio |
| Civicz2769iKaZaA | Rancid - Side kick.mp3 | Rancid | 4,740KB | Audio |
| Civicz2769iKaZaA | Rancid- Ruby Soho.mp3 | Rancid | 6,167KB | Audio |
| Civicz2769iKaZaA | Red Hot Chili peppers- Under the Bridge.mp3 | Red Hot Chili Peppers | 5,186KB | Audio |
| Civicz2769iKaZaA | Talking Heads - Once In A Lifetime.mp3 | Talking Heads | 4,096KB | Audio |
| Civicz2769iKaZaA | Unde Cracker-Follow Me.mp3 | Uncle Cracker | 3,776KB | Audio |
| Civicz2769iKaZaA | Violent Femmes - Hey Nonny Nonny.mp3 | Violent Femmes | 4,294KB | Audio |
| Civicz2769iKaZaA | Rancid - Adina.mp3 | Rancid | 1,557KB | Audio |
| Civicz2769iKaZaA | justin timberlake-i love you-justified.mp3 | justin timberlake | 5,636KB | Audio |
| Civicz2769iKaZaA | Marvin Gay - Sitting On A Dock By The Bay.mp3 | Marvin Gaye | 2,585KB | Audio |
| Civicz2769iKaZaA | Aerosmith - Amazing.mp3 | Aerosmith | 5,564KB | Audio |
| Civicz2769iKaZaA | Aerosmith - Dream On.mp3 | Aerosmith | 4,182KB | Audio |
| Civicz2769iKaZaA | Bad Religion - 21st Century Digital Boy.mp3 | Bad Religion | 6,594KB | Audio |
| Civicz2769iKaZaA | bad religion - against the grain.mp3 | Bad Religion | 1,986KB | Audio |
| Civicz2769iKaZaA | Bad Religion - All Ages - 06 - The Answer.mp3 | Bad Religion | 3,114KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Anesthesia.mp3 | Bad Religion | 2,818KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Change Of Ideas.mp3 | Bad Religion | 875KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Delirium Of Disorder.mp3 | Bad Religion | 3,167KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Do What You Want.mp3 | Bad Religion | 1,045KB | Audio |
| Civicz2769iKaZaA | bad religion - flat earth society.mp3 | Bad Religion | 2,213KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Generator.mp3 | Bad Religion | 2,694KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Generator - 07 - Atomic Garden.mp3 | Bad Religion | 2,984KB | Audio |
| Civicz2769iKaZaA | bad religion - heaven is falling.mp3 | Bad Religion | 2,42KB | Audio |
| Civicz2769iKaZaA | Bad Religion - I Want To Conquer the World.mp3 | Bad Religion | 2,146KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Joy to the World.mp3 | Bad Religion | 1,552KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Modern Man.mp3 | Bad Religion | 1,772KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Progress.mp3 | Bad Religion | 2,104KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Sanity.mp3 | Bad Religion | 2,577KB | Audio |
| Civicz2769iKaZaA | Bad Religion - Walk Away.mp3 | Bad Religion | 1,609KB | Audio |

2,655,876 users online, sharing 1,333,128,605 files (36,567,392 GB) | Not sharing any files

Found 668 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civicr2768)KaZaA | Bad Religion - Sanity.mp3 | Bad Religion | 2,577KB | Audio |
| Civicr2768)KaZaA | Bad Religion - Walk Away.mp3 | Bad Religion | 1,690KB | Audio |
| Civicr2768)KaZaA | Bad Religion -automatic_man.mp3 | Bad Religion | 1,574KB | Audio |
| Civicr2768)KaZaA | Bad Religion -you.mp3 | Bad Religion | 1,957KB | Audio |
| Civicr2768)KaZaA | bad religion-GENERATOR-_no direction.mp3 | Bad Religion | 3,031KB | Audio |
| Civicr2768)KaZaA | Beatles-Here comes the sun.mp3 | The Beatles | 7,360KB | Audio |
| Civicr2768)KaZaA | Blade - Techno Opener (Bad Boy Bill).MP3 | Blade | 9,536KB | Audio |
| Civicr2768)KaZaA | Boston - More Than a Feeling(4).mp3 | Boston | 4,454KB | Audio |
| Civicr2768)KaZaA | Disturbed_-_Down_With_The_Sickness.MP3 | Disturbed | 10,959KB | Audio |
| Civicr2768)KaZaA | Doors - Paint It Black.mp3 | The Doors | 5,346KB | Audio |
| Civicr2768)KaZaA | Drowning Pool - Bodies(1)(1).mp3 | Drowning Pool | 8,831KB | Audio |
| Civicr2768)KaZaA | Fear Factory - Cars.mp3 | Fear Factory | 3,825KB | Audio |
| Civicr2768)KaZaA | Godsmack - Voodoo(2).mp3 | Godsmack | 5,615KB | Audio |
| Civicr2768)KaZaA | Green Day - Time of Your Life.mp3 | Green Day | 2,396KB | Audio |
| Civicr2768)KaZaA | Guns and Roses - November Rain.mp3 | Guns and Roses | 4,780KB | Audio |
| Civicr2768)KaZaA | Iron Maiden-Hallowed Be Thy Name.mp3 | Iron Maiden | 6,778KB | Audio |
| Civicr2768)KaZaA | Lynard Skynard - Tuessday Gone.mp3 | Lynard Skynard | 7,076KB | Audio |
| Civicr2768)KaZaA | NOFx - Boobs.mp3 | NOFX | 3,228KB | Audio |
| Civicr2768)KaZaA | NOFx - Linoleum.mp3 | NOFX | 5,088KB | Audio |
| Civicr2768)KaZaA | NOFX - Moron Brothers.mp3 | NOFX | 2,947KB | Audio |
| Civicr2768)KaZaA | nofx - the longest line.mp3 | NOFX | 1,938KB | Audio |
| Civicr2768)KaZaA | NOFX - Together on the Sand.mp3 | NOFX | 1,127KB | Audio |
| Civicr2768)KaZaA | offspring - session.mp3 | offspring | 2,383KB | Audio |
| Civicr2768)KaZaA | Ozzy Osbourne - Blizzard Of Ozz - I Don't Know.mp3 | Ozzy Osbourne | 6,818KB | Audio |
| Civicr2768)KaZaA | Ozzy Osbourne - Gets Me Through (NEW).mp3 | Ozzy Osbourne | 4,670KB | Audio |
| Civicr2768)KaZaA | Ozzy Osbourne - I Don't Know.mp3 | Ozzy Osbourne | 6,198KB | Audio |
| Civicr2768)KaZaA | Ozzy Osbourne - Randy Rhoads Tribute -Crazy Train.mp3 | Ozzy Osbourne | 5,042KB | Audio |
| Civicr2768)KaZaA | Rancid - Another night.mp3 | Rancid | 1,332KB | Audio |
| Civicr2768)KaZaA | Rancid - Outta my mind.mp3 | Rancid | 2,233KB | Audio |

Found 668 files

2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Clwar2760JKaZaA | Rancid - Outta my mind.mp3 | Rancid | 2,223KB | Audio |
| Clwar2760JKaZaA | Bad Religion-Land of Competition.mp3 | Bad Religion | 1,943KB | Audio |
| Clwar2760JKaZaA | Bad religion-Forbidden Beat.mp3 | Bad Religion | 1,929KB | Audio |
| Clwar2760JKaZaA | Franchise - White Tees.mp3 | Franchise, The | 3,655KB | Audio |
| Clwar2760JKaZaA | Houston - I Like That.mp3 | Houston | 5,416KB | Audio |
| Clwar2760JKaZaA | INOJ - Let me Love You Down.mp3 | INOJ | 3,072KB | Audio |
| Clwar2760JKaZaA | Jack Off Jill - I Touch Myself.mp3 | Jack Off Jill | 3,149KB | Audio |
| Clwar2760JKaZaA | Justin Timberlake cry me a river .mp3 | Justin Timberlake | 3,405KB | Audio |
| Clwar2760JKaZaA | Paul Simon - You Can Call Me Al.mp3 | Paul Simon | 4,110KB | Audio |
| Clwar2760JKaZaA | Sheryl Crow - Anything But Down.mp3 | Sheryl Crow | 1,755KB | Audio |
| Clwar2760JKaZaA | Sheryl Crow - Home.mp3 | Sheryl Crow | 3,808KB | Audio |
| Clwar2760JKaZaA | Sheryl Crow - You don't have to go.mp3 | Sheryl Crow | 3,827KB | Audio |
| Clwar2760JKaZaA | SINEAD O'CONOR - NOTHING COMPARES 2 U.MP3 | SINEAD O'CONOR | 4,587KB | Audio |
| Clwar2760JKaZaA | Take Me Out.mp3 | Franz Ferdinand | 3,773KB | Audio |
| Clwar2760JKaZaA | Tears for Fears - Shout.mp3 | Tears For Fears | 4,623KB | Audio |
| Clwar2760JKaZaA | Tina Turner - Private Dancer.mp3 | Tina Turner | 3,787KB | Audio |
| Clwar2760JKaZaA | totally 80's - You Spin Me Right Round.mp3 | 80's | 3,094KB | Audio |
| Clwar2760JKaZaA | Toy Soldiers.mp3 | Martika | 4,378KB | Audio |
| Clwar2760JKaZaA | Westside Connection ft. Nate Dogg - Gangsta Nation.mp3 | WSC | 6,398KB | Audio |
| Clwar2760JKaZaA | Fat Joe- Lean Back (1)(1).wma | Fat Joe | 2,018KB | Audio |
| Clwar2760JKaZaA | 01 running blind.mp3 | Godsmack | 6,392KB | Audio |
| Clwar2760JKaZaA | Breaking Benjamin-So Cold.mp3 | Breaking Benjamin | 4,276KB | Audio |
| Clwar2760JKaZaA | Oasis - Wonderwall.mp3 | Oasis | 4,044KB | Audio |
| Clwar2760JKaZaA | switchfoot- ment to live_128kbps.mp3 | Live | 3,212KB | Audio |
| Clwar2760JKaZaA | Christina Milan- Dip it low.mp3 | Christina Milan ft Fabolous | 5,440KB | Audio |
| Clwar2760JKaZaA | Soundtracks-Rocky-Eye of the Tiger.mp3 | CKy | 3,604KB | Audio |
| Clwar2760JKaZaA | Westside Connection ft.mp3 | WSC | 4,265KB | Audio |
| Clwar2760JKaZaA | 80's Music.-= Eclips Of The Heart (2).mp3 | 80's | 3,886KB | Audio |
| Clwar2760JKaZaA | 00's-flock of Seagulls - I Ran.mp3 | 00's | 5,855KB | Audio |
| Clwar2760JKaZaA | Abdul Qadir - Rush _ Rush (4 12).mp3 | Rush Abdul | 2,540KB | Audio |

Found 668 files

2,655,876 users online, sharing 1,333,129,605 files (36,567,392 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civicz2769iKaZaA | 80s-Flock of Seagulls - I Ran.mp3 | 80's | 5,259KB | Audio |
| Civicz2769iKaZaA | Abdul,_Paula_-_Rush,_Rush(4-12).mp3 | Paula Abdul | 3,543KB | Audio |
| Civicz2769iKaZaA | Afro Man - Mississippi.mp3 | Afro Man | 5,607KB | Audio |
| Civicz2769iKaZaA | Afro Man- Colt 45.mpg | Unknown | 5,508KB | Video |
| Civicz2769iKaZaA | Bangles - walk like an egyptian.mp3 | The Bangles | 4,827KB | Audio |
| Civicz2769iKaZaA | Best of the 80's - Boy Gorge - Karma Chameleon.MP3 | Culture club - Boy George | 3,774KB | Audio |
| Civicz2769iKaZaA | Cheryl Crow - My Favourite Mistake.mp3 | Sheryl Crow | 3,874KB | Audio |
| Civicz2769iKaZaA | Fruity Loops 3.4 FULL.rar | Unknown | 21,008KB |  |
| Civicz2769iKaZaA | DIVX Codec for Media Player.exe | Unknown | 3,348KB | Software |
| Civicz2769iKaZaA | Dope Wars 2,2.exe | Unknown | 2,287KB | Software |
| Civicz2769iKaZaA | kazaaplus.exe | Sharman Networks Ltd | 7,551KB | Software |
| Civicz2769iKaZaA | WinDVDPlatinum.exe | InterVideo | 19,428KB | Software |
| Civicz2769iKaZaA | Star Wars Episode 1 Battle for Naboo.exe | Unknown | 62,739KB | Software |
| Civicz2769iKaZaA | Crazy Taxi.exe | Unknown | 99,448KB | Software |
| Civicz2769iKaZaA | Midnight Outlaw Illegal Street Drag.zip.exe | Unknown | 62,378KB | Software |
| Civicz2769iKaZaA | Macafee AntiVirus.exe | Network Associates | 33,268KB | Software |
| Civicz2769iKaZaA | Vocal Remover (WinAmp Plugin).exe | Unknown | 177KB | Software |
| Civicz2769iKaZaA | winamp3_0-full.exe | Unknown | 3,428KB | Software |
| Civicz2769iKaZaA | WinRAR.3.Corporate.Edition.ShareReactor.exe | Unknown | 924KB | Software |
| Civicz2769iKaZaA | WINDVD platinum KeyGen.exe | Unknown | 66KB | Software |
| Civicz2769iKaZaA | 04 Talk Show on Mute.wma | Incubus | 3,609KB | Audio |
| Civicz2769iKaZaA | Bel Biv Devoe - Poison.mp3 | Bell Biv Devoe | 3,564KB | Audio |
| Civicz2769iKaZaA | ICP - Boggie Woogie Wu.mp3 | ICP Insane Clown Posse | 4,133KB | Audio |
| Civicz2769iKaZaA | Linkin Park - Somewhere I Belong.mp3 | Linkin Park | 3,366KB | Audio |
| Civicz2769iKaZaA | Aaron Lewis - Black (Pearl Jam Cover).mp3 | Various Artists | 4,894KB | Audio |
| Civicz2769iKaZaA | dave matthews band - The Space Between Us (DJ Tiesto M... | Dave Matthews Band | 5,954KB | Audio |
| Civicz2769iKaZaA | Dave Matthews Band - Where are you going (REAL STUDI... | Dave Matthews Band | 3,709KB | Audio |
| Civicz2769iKaZaA | The Mamas_The Papas - If You're Going To San Francisco... | The Mamas And The Papas | 2,808KB | Audio |
| Civicz2769iKaZaA | From Here To There - DJ Dara - 09 - Future Cut - Whiplash... | DJ Dara | 2,597KB | Audio |
| 21 trans | Crazdotne Crown (FNZEN) has UC Deservering Lbs | ENVE HC Deservering Lbs | 10 MOKB | Audio |

Bangles - w

My,
Fr

DIVX Cod

Star Wars Episode

Midnight Outlaw Ille

Vocal Remov

WinRAR.3.Corporate.Ed
WINDV

s

Aaron Lewis - Blac
The Space Bet
Where Are You Go
If You G

Flock

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civicz2768@KaZaA | From Here To There - DJ Dara - 09 - Future Cut - Whiplash... | DJ Dara | 2,597KB | Audio |
| 2 Users | Rave - Sandstorm Groove {EDGENation VS Progressive Ho... | EDGE VS Progressive Hou... | 13,928KB | Audio |
| Civicz2768@KaZaA | DJ Baby Anne - Abercrombie.mp3 | DJ Baby Anne | 6,623KB | Audio |
| Civicz2768@KaZaA | DJ Dave London - Orlando Breaks 3 - 06 - Red Alert - DJ La... | DJ Dave London | 4,075KB | Audio |
| 2 Users | DJ Dave London - Orlando Breaks 3 - 15 - Take Me Higher -... | Dave London | 6,604KB | Audio |
| 2 Users | DJ Dave London - Orlando Breaks 3 - 17 - Pepper Spray - ... | DJ Dave London | 6,573KB | Audio |
| Civicz2768@KaZaA | DJ Encore - I See Right Through To You (Extended Version... | DJ Encore | 7,626KB | Audio |
| Civicz2768@KaZaA | Goldie - INCredible Sound of Drum'n'Bass (disk 2) - Doc Sco... | Goldie | 4,856KB | Audio |
| Civicz2768@KaZaA | Aphrodite_Mickey Finn - Obscene Underground - Freaky F... | drum_bass - obscene u... | 3,491KB | Audio |
| Civicz2768@KaZaA | dom and roland - can't punish me.mp3 | Dom_Roland | 9,370KB | Audio |
| Civicz2768@KaZaA | Drum_Bass - AK1200 - Drowning [Drum_Space Remix]..... | AK1200 | 6,323KB | Audio |
| Civicz2768@KaZaA | Adrenaline - Shut_The_Fuck Up and Dance (Breakbeat Mix)... | Adrenaline | 6,494KB | Audio |
| Civicz2768@KaZaA | AK1200 - Drowning (Drum_Space Remix)(1).mp3 | AK1200 | 6,323KB | Audio |
| Civicz2768@KaZaA | Deejay Punk Roc - Blow My Mind (Dave London Remix).mp3 | Dave London | 5,844KB | Audio |
| Civicz2768@KaZaA | Diesel Boy - Everyday Junglist.mp3 | Diesel Boy | 4,946KB | Audio |
| Civicz2768@KaZaA | dj Dara dj D8 - Live @ Destination (includes Genie in a Bo... | dj D8 vs dj Dara | 112,512KB | Audio |
| Civicz2768@KaZaA | DJ Jerome - Live drum and bass set 1999 - DJ Dara, Diese... | Diesel Boy | 43,542KB | Audio |
| Civicz2768@KaZaA | DJ ROF - Godsmack, Disturbed, Deftones, ICP, Korn, Limp... | Disturbed | 6,942KB | Audio |
| Civicz2768@KaZaA | DJIcey[FunkyBreaks]-10.TribaBass{RebelMcFeaturingTeno... | DJIcey | 5,063KB | Audio |
| Civicz2768@KaZaA | Fabolous feat. P. Diddy_Jagged Edge - Trade It All REMI... | Fabolous Ft Pdiddy_Jag... | 6,694KB | Audio |
| Civicz2768@KaZaA | Holiday Styles - Good Times (I Get High).mp3 | Holiday Styles | 3,456KB | Audio |
| Civicz2768@KaZaA | Houston Feat nate Dogg,I-20,Chingy-I Like that.wma | Houston | 941KB | Audio |
| Civicz2768@KaZaA | System of a Down - 17 - Innervision (Bonus Track).mp3 | System Of A Down | 2,427KB | Audio |
| Civicz2768@KaZaA | system of a down - Chop Suey (1).mp3 | System Of A Down | 3,297KB | Audio |
| Civicz2768@KaZaA | Techno- Drum and Bass - Resolution (phobek mix).mp3 | phobek (doc scott mix) | 6,230KB | Audio |
| Civicz2768@KaZaA | techno -Jungle Reggae - DJ Hype - Rrroll The Beats.mp3 | DJ Hype | 4,229KB | Audio |
| Civicz2768@KaZaA | what means the world to you(Camron ludacris UGK Trina) | Camron ludacris UGK Trina | 3,182KB | Audio |
| Civicz2768@KaZaA | Aphrodite-WakeUpThisMorning.mp3 | A3 (Urban Takeover remi... | 5,904KB | Audio |
| Civicz2768@KaZaA | Mickey Finn Aphrodite - 50,000 Watts Of Funk.mp3 | Partner | 6,973KB | Audio |
| Civicz2768@KaZaA | Drul Colonchul   Dohnum   The Shoon 2000 (DJ Tacho sum | Drul Colonchul | 10,475KB | Audio |

Found 668 files

2,695,876 users online, sharing 1,333,129,605 files (16,567,392 GB)   Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civxz2768jKaZaA | Mickey Finn Aphrodite - 50,000 Watts Of Funk.mp3 | Rayner | 6,973KB | Audio |
| Civxz2768jKaZaA | Paul Oakenfold - Delerium - The Silence 2000 (DJ Tiesto rem... | Paul Oakenfold | 10,476KB | Audio |
| Civxz2768jKaZaA | Paul Oakenfold - The Access Of Trance.mp3 | Paul Oakenfold | 4,817KB | Audio |
| Civxz2768jKaZaA | Paul Oakenfold - The Host of Seraphim Trance Mix.mp3 | Dead Can Dance | 13,922KB | Audio |
| Civxz2768jKaZaA | Paul Oakenfold - Tunnel Trance.MP3 | DJ Paul Oakenfold | 5,259KB | Audio |
| Civxz2768jKaZaA | Robin Fox - I See Stars (DJ Sharaz's Night Sky Remix).mp3 | Robin Fox | 7,370KB | Audio |
| Civxz2768jKaZaA | Aphrodite - We Enter (Deep Forest Dub).mp3 | Aphrodite | 5,424KB | Audio |
| Civxz2768jKaZaA | Dido - Thank You (Trance Mix).mp3 | Dido | 8,534KB | Audio |
| Civxz2768jKaZaA | Dirty Vegas - Days Go By (DJ Kappa G Breakbeat Remix)... | Dirty Vegas | 13,588KB | Audio |
| Civxz2768jKaZaA | DJ Icey - Castles In The Sky (Breakbeat Mix).mp3 | DJ Rkey | 7,176KB | Audio |
| Civxz2768jKaZaA | Red Hot Chili Peppers - Under the bridge (LP Version).mp3 | Red Rot Chili Peppers | 4,162KB | Audio |
| Civxz2768jKaZaA | Bad Religion - Stranger Than Fiction.mp3 | Bad Religion | 2,190KB | Audio |
| Civxz2768jKaZaA | Beatles - Sgt. Peppers Lonely Hearts Club Band.mp3 | Beatles | 4,472KB | Audio |
| Civxz2768jKaZaA | green day - disappearing boy.mp3 | Green Day | 2,665KB | Audio |
| Civxz2768jKaZaA | Sheryl Crow - Can't Cry Anymore.mp3 | Sheryl Crow | 3,410KB | Audio |
| Civxz2768jKaZaA | Cheryl Crowe - Leaving Las Vegas.mp3 | Sheryl Crow | 4,843KB | Audio |
| Civxz2768jKaZaA | Theory of a Deadman - Make Up Your Mind.mp3 | Theory of a Deadman | 4,603KB | Audio |
| Civxz2768jKaZaA | The Space Between Us - Dave Matthews Band (1).mp3 | Dave Matthews Band | 5,712KB | Audio |
| Civxz2768jKaZaA | Green Day - My Generation.mp3 | Green Day | 2,189KB | Audio |
| Civxz2768jKaZaA | Red Hot Chili Peppers - By The Way.mp3 | Red Hot Chili Peppers | 4,025KB | Audio |
| Civxz2768jKaZaA | Jim Croce - You Don't Mess Around With Jim.mp3 | Jim Croce | 2,894KB | Audio |
| Civxz2768jKaZaA | Godsmack - I Stand Alone(1).mp3 | Godsmack | 5,778KB | Audio |
| Civxz2768jKaZaA | DJ Mystik - Ordinary World 2001.mp3 | dj mystik | 6,564KB | Audio |
| Civxz2768jKaZaA | Darude Vs ATB - Sandstorm In The Summer (DJ NJoy Remi... | Darude Vs. ATB | 7,793KB | Audio |
| Civxz2768jKaZaA | DJ Shorte Millenium Mix 2001 - 02 - DJ Jean - Get Ready for... | DJ Jean | 5,164KB | Audio |
| Civxz2768jKaZaA | BIG TYMERS - GANGSTER GIRL.wma | Big Tymers | 4,138KB | Audio |
| Civxz2768jKaZaA | DJ Dara - Universal Project - Bleach.mp3 | DJ Dara | 3,411KB | Audio |
| Civxz2768jKaZaA | DJ Icey - Essential Mix - 02 - Plump DJ's - The Push.mp3 | DJ Icey | 6,339KB | Audio |
| Civxz2768jKaZaA | DJ Icey and the City-Wide Allstars - Bassline And Breaks.mp3 | DJ Icey | 6,450KB | Audio |
| Civxz2768jKaZaA | Dave 'n Bass - Jungle - Acid Lease - Jungle Bass.mp3 | Various | 1,796KB | Audio |

Found 668 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Civic2276@IKaZaA | DJ Icey and the City-Wide Allstars - Bassline And Breakbea... | DJ Icey | 6,436KB | Audio | Bassli |
| Civic2276@IKaZaA | Drum 'n Bass - Jungle - Acid Loops - Jungle Drum n Bass.mp3 | Various | 1,786KB | Audio | Jungle - Drum ' |
| Civic2276@IKaZaA | Electronica - Kooki - Drum n'Bass_Jungle (DJ Dara Remix)... | DJ Dara | 1,593KB | Audio | Drum n'Bass_Jung |
| Civic2276@IKaZaA | Method Man - Whats Happening.wma | Method Man | 3,679KB | Audio | method man |
| Civic2276@IKaZaA | System of a Down - Super.mp3 | System of a Down | 2,402KB | Audio | |
| Civic2276@IKaZaA | John Mayer - Covered In Rain.mp3 | John Mayer | 5,162KB | Audio | |
| Civic2276@IKaZaA | Sean Paul - Get Busy.wma | Sean Paul | 2,092KB | Audio | |
| Civic2276@IKaZaA | Orbital - Halcyon.mp3 | Orbital | 11,022KB | Audio | |
| Civic2276@IKaZaA | Paul Oakenfold - Dream Of Trance.mp3 | trance[]control | 3,780KB | Audio | |
| Civic2276@IKaZaA | Paul Oakenfold - Firewalk.mp3 | Paul Oakenfold | 4,026KB | Audio | |
| Civic2276@IKaZaA | Aphrodite - Funky Shit (Mulder Exclusive Mix).mp3 | Aphrodite | 7,716KB | Audio | Funky Shit ( |
| Civic2276@IKaZaA | Darude - Feel the Beat.mp3 | Darude | 6,033KB | Audio | |
| Civic2276@IKaZaA | Delerium_Sarah Mclachlan - Silence - Airscape Remix.mp3 | Delerium | 8,105KB | Audio | Silenc |
| Civic2276@IKaZaA | DJ Baby Anne - DJ Icey - Move.mp3 | DJ Baby Anne | 6,628KB | Audio | |
| Civic2276@IKaZaA | bad religion - american jesus.mp3 | Bad Religion | 3,057KB | Audio | |
| Civic2276@IKaZaA | Juvenile - Slow Motion.wma | Juvenile | 3,919KB | Audio | Slow Motion |
| Civic2276@IKaZaA | 03 Ocean Avenue.wma | Yellowcard | 3,119KB | Audio | |
| Civic2276@IKaZaA | Afro Man - Colt 45.mp3 | Afroman | 5,552KB | Audio | |
| Civic2276@IKaZaA | Akon_Styles P - Locked Up.mp3 | Akon_Styles P | 5,831KB | Audio | |
| Civic2276@IKaZaA | ICP - Great Milenko.mp3 | Insane Clown Posse | 1,816KB | Audio | |
| Civic2276@IKaZaA | ICP - Piggy Pie.mp3 | Insane Clown Posse | 4,064KB | Audio | |
| Civic2276@IKaZaA | Real Gangstas.mp3 | Mobb Deep Ft. Lil' Jon | 5,437KB | Audio | |
| Civic2276@IKaZaA | ICP-HouseHorrors.mp3 | Insane Clown Posse | 1,780KB | Audio | |
| Civic2276@IKaZaA. | CKY 4.mpg | Bam Margera | 658,549KB | Video | |
| Civic2276@IKaZaA | Slipknot-Duality.mp3 | SLIPKNOT | 8,210KB | Audio | |
| Civic2276@IKaZaA | CKY - Brans Freestyle.mpeg | Cky | 19,800KB | Video | Bran ch |
| Civic2276@IKaZaA. | Mudvayne - Not Falling.mp3 | Mudvayne | 3,762KB | Video | |
| Civic2276@IKaZaA. | Hoobastank - The Reason.mp3 | Hoobastank | 3,637KB | Audio | |
| Civic2276@IKaZaA | Johnny Lang - Lose Out My Window.mp3 | Johnny Lang | 3,535KB | Audio | |
| Civic2276@IKaZaA | Marah Yanga - Dash Know Ilba. mp3 | Marah Yanga | 3,911KB | Audio | |

2,655,876 users online, sharing 1,333,128,605 files (36,667,392 GB)    Not sharing any files

Found 668 files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Civcr2768@KaZaA | Method Man - Whats Happening.wma | Method Man | 3,679KB | Audio |
| Civcr2768@KaZaA | System of a Down - Sugar.mp3 | System of a Down | 2,402KB | Audio |
| Civcr2768@KaZaA | John Mayer - Covered In Rain.mp3 | John Mayer | 5,162KB | Audio |
| Civcr2768@KaZaA | Sean Paul - Get Busy.wma | Sean Paul | 2,092KB | Audio |
| Civcr2768@KaZaA | Orbital - Halcyon.mp3 | Orbital | 11,022KB | Audio |
| Civcr2768@KaZaA | Paul Oakenfold - Dream Of Trance.mp3 | t r a n c e [] c o n t r o l | 3,780KB | Audio |
| Civcr2768@KaZaA | Paul Oakenfold - Firewalk.mp3 | Paul Oakenfold | 4,026KB | Audio |
| Civcr2768@KaZaA | Aphrodite - Funky Shit (Mulder Exclusive Mix).mp3 | Aphrodite | 7,716KB | Audio |
| Civcr2768@KaZaA | Darude - Feel the Beat.mp3 | Darude | 6,033KB | Audio |
| Civcr2768@KaZaA | Delerium _Sarah Mclachlan - Silence - Airscape Remix. mp3 | Delerium | 8,105KB | Audio |
| Civcr2768@KaZaA | DJ Baby Anne _ DJ Icey - Move.mp3 | DJ Baby Anne | 6,626KB | Audio |
| Civcr2768@KaZaA | bad religion - american jesus.mp3 | Bad Religion | 3,057KB | Audio |
| Civcr2768@KaZaA | Juvenile - Slow Motion.wma | Juvenile | 3,919KB | Audio |
| Civcr2768@KaZaA | 03 Ocean Avenue.wma | Yellowcard | 3,119KB | Audio |
| Civcr2768@KaZaA | Afro Man - Colt 45.mp3 | Afroman | 5,552KB | Audio |
| Civcr2768@KaZaA | Akon Styles P - Locked Up.mp3 | Akon _Styles P | 5,831KB | Audio |
| Civcr2768@KaZaA | ICP - Great Milenko.mp3 | Insane Clown Posse | 1,816KB | Audio |
| Civcr2768@KaZaA | ICP - Piggy Pie.mp3 | Insane Clown Posse | 4,064KB | Audio |
| Civcr2768@KaZaA | Reel Gangstas.mp3 | Mobb Deep Ft. Lil' Jon | 5,437KB | Audio |
| Civcr2768@KaZaA | ICP-HouseHorrors.mp3 | Insane Clown Posse | 1,780KB | Audio |
| Civcr2768@KaZaA | CKY 4.mpg | Boni Margera | 658,549KB | Video |
| Civcr2768@KaZaA | Slipknot-Duality.mp3 | SLIPKNOT | 8,210KB | Audio |
| Civcr2768@KaZaA | CKY - Brans Freestyle.mpeg | Cky | 19,800KB | Video |
| Civcr2768@KaZaA | Mudvayne - Not Falling.mp3 | Mudvayne | 3,762KB | Audio |
| Civcr2768@KaZaA | Hoobastank - The Reason.mp3 | Hoobastank | 3,637KB | Audio |
| Civcr2768@KaZaA | jonny lang - Look Out My Window.mp3 | Johnny Lang | 3,338KB | Audio |
| Civcr2768@KaZaA | Norah Jones - Don't Know Why.mp3 | Norah Jones | 2,911KB | Audio |
| Civcr2768@KaZaA | Jonny Lang - Walking Away.MP3 | Johnny Lang | 3,978KB | Audio |
| Civcr2768@KaZaA | Johnny Lang - Irish Angel (live).mp3 | Johnny Lang | 4,922KB | Audio |

method mar

Funky Shit (

Silenc

Slow Motion

Bran ch

Lo