**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 7, 2005

NOTICE OF REASSIGNMENT

Re:  Elektra Entertainment Group, et al. Vs. Nick Napoli
     Civil Action No.  1:05cv597-C

The above-styled case has been reassigned to Judge Myron H. Thompson

Please note that the case number is now 1:05cv597-T.  This new case number should be used on all future correspondence and pleadings in this action.