IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT ) | |
| GROUP, INC., a Delaware ) | |
| corporation, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv597-T |
| ) | |
| NICK NAPOLI, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that plaintiffs' motion for extension of time (Doc. No. 5) is granted.

DONE, this the 24th day of October, 2005.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**