IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 NOV 22  P 3: 53

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 3:04-CV-1036-F )       1:05cv597-T |
| NICK NAPOLI, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE AND WITHDRAWAL

Comes now the undersigned and files notice of her appearance as additional counsel of record, replacing Leslie E. Williams, for plaintiffs. Leslie E. Williams hereby withdraws as counsel for plaintiffs.

    Kelly F. Pate (FIT014)
    Balch & Bingham LLP
    Post Office Box 78
    Montgomery, Alabama  36101
    334/269-3130
    334/501-9985 (fax)

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

Dated this 22nd day of November, 2005.

                                          /s/ Kelly F. Pate
                                        One of the Attorneys for Plaintiffs

OF COUNSEL:
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

162961.1

## CERTIFICATE OF SERVICE

I certify that I have this day served the opposing party with a copy of the above and foregoing pleading by placing a copy of same in the United States Mail, properly addressed and postage prepaid to the following:

Nick Napoli
2998 Ross Clark Circle, Apt. 86
Dothan, AL  36301

This the 22nd day of November, 2005.

*Kelly J. Pate*
_____
Of Counsel