IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ELEKTRA ENTERTAINMENT        )
GROUP, INC., a Delaware      )
corporation, et al.,         )
                             )
     Plaintiffs,             )
                             )        CIVIL ACTION NO.
     v.                      )          1:05cv597-T
                             )
NICK NAPOLI,                 )
                             )
     Defendant.              )

ORDER

It is ORDERED that the notice of withdrawal (Doc. No. 7) is treated as a motion to withdraw and said motion is granted.

DONE, this the 29th day of November, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE