IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP, INC., et al.,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**NICK NAPOLI,** )<br>)<br>Defendant. ) | **CASE NO. 3:04-CV-1036-F** |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Dismissal Without Prejudice of this action and Defendant Nick Napoli pursuant to Rule 41(a)(1)(i) of the *Federal Rules of Civil Procedure*. Mr. Napoli has not been served with or filed an answer in response to Plaintiffs' Complaint.

Respectfully submitted this 17th day of April, 2006.

/s Kelly F. Pate

Dorman Walker  (WAL086)
Kelly F. Pate  (FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

167278.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the defendant on April 17, 2006 by leaving the copy with the clerk of the court pursuant to *Federal Rule of Civil Procedure* 5(b).

/s Kelly F. Pate
OF COUNSEL

167278.1