# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

April 18, 2006

**Notice of Dismissal of Case**

To:   All Parties

Re:    Elektra Entertainment Group Inc. et al v. Napoli
         Civil Action No.  1:05-cv-00597-MHT

     Pursuant to the Notice of Dismissal filed by the Plaintiff on April 17, 2006, this case has been closed and removed from the pending docket of this court.